**816**

No. 149. ARMSTRONG v. MANZO ET UX. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari granted. *Ewell Lee Smith, Jr.,* for petitioner. *Eugene T. Edwards* for respondents.

No. 70. T. SMITH & SON, INC. v. WILSON ET AL. C. A. 5th Cir. Certiorari denied. *Virgil M. Wheeler, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for respondent Donovan.

No. 74. MILLER ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Charles S. Wilcox* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Gilbert E. Andrews* and *Crombie J. D. Garrett* for respondent.

No. 76. CORTEZ CO. v. MANATEE COUNTY ET AL. Supreme Court of Florida. Certiorari denied. *Robert E. Knowles* for petitioner. *Kenneth W. Cleary* for Manatee County, and *James W. Kynes,* Attorney General of Florida, and *Robert C. Parker* and *James T. Carlisle,* Assistant Attorneys General, for Trustees of the Internal Improvement Fund of the State of Florida, respondents.

No. 85. RHODES v. TAYLOR ET AL. Supreme Court of Nebraska. Certiorari denied.